CGFI3 (06/27/2022)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25–19500–CLC

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| Izzet Fuentes La Rosa<br>12025 NW 20th CT<br>Miami, FL 33167–2036 | Yanexis Hernandez Skeete<br>12025 NW 20th CT<br>Miami, FL 33167–2036 |
| SSN: xxx–xx–1521 | SSN: xxx–xx–4939 |

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **August 16, 2025**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form or Local Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:**  You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated:  **Not Filed**
> **Deadline to correct deficiency: 9/2/25**

> **Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Joint Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated:  **Not Filed**
> **Deadline to correct deficiency: 9/2/25**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** **8/18/25**                                    **Clerk of Court**
                                                                                      By: Alexandra Oriol–Bennett , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.