UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Izzet Fuentes La Rosa                                   Case No.: 25-19500-CLC
        Yanexis Hernandez Skeete                                Chapter 13
              Debtors                          /

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COME NOW, the Debtors, Izzet Fuentes La Rosa and Yanexis Hernandez Skeete, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtors do not make sufficient income to pay the monthly payment amount.

2. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Izzet Fuentes La RosaYanexis Hernandez Skeete, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:           **Jose A. Blanco, P.A.**
September 29, 2025                By: */s/ Jose A. Blanco* | FBN: 062449
                                  Attorney for Debtor(s)
                                  102 E 49th ST
                                  Hialeah, FL 33013,
                                  Tel. (305) 349-3463
                                  E-mail: jose@blancopa.com