

**ORDERED in the Southern District of Florida on December 19, 2025.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:   Izzet Fuentes La Rosa | Case No.: 25-19500-CLC |
| Yanexis Hernandez Skeete | Chapter 13 |
| Debtors                          / | |

**ORDER GRANTING MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER**

THIS MATTER was heard on the Court's consent calendar on November 18, 2025, upon Debtor's Motion to Waive Requirement of Wage Deduction Order [ECF#20], IT IS;

ORDERED AND ADJUDGED:

1. Debtor's Motion to Waive Requirement of Wage Deduction Order is granted.
2. The Requirement of the Wage Deduction Order is waived.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.