| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 25-19500-CLC<br>Southern District of Florida<br>Miami<br>Mon Dec 22 17:37:36 EST 2025 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 |
| Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ally Financial, Inc<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, IL 55438-0901 | Auto Cap Res<br>6330 Manor Lake<br>Miami, FL 33143-4953 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Brinks Home Security<br>Attn: Bankruptcy<br>1 Home Campute Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A., successor by merger to Di<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Chex Systems, Inc.<br>ATTN: Bankruptcy Department<br>PO Box 583399<br>Minneapolis, MN 55458-3399 |
| Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Citibank<br>Attn: Bankruptcy Department<br>P.O.Box 790046<br>St. Louis, MO 63179-0046 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790046<br>St Louis, MO 63179-0046 | Citizens Property Insurance Corporation<br>515 Johnson Ave, Suite 201<br>Bohemia, NY 11716-2671 | Citizens Property Insurance Corporation<br>c/o Barry Gilway, CEO<br>2101 Maryland Cir.<br>Tallahassee, FL 32303-1001 |
| Citizens Property Insurance Corporation<br>c/o Barry Gilway, CEO<br>301 W Bay ST, #1300<br>Jacksonville, FL 32202-5142 | Comenity/MPRC<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Edfinancial Services L<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 |
| Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 | Geico Insurance<br>5260 Western Ave<br>Chevy Chase, MD 20815-3799 |
| Gieco Insurance Group<br>ATTN: Bankruptcy<br>PO BOX 9105<br>Macon, GA 31208-9105 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Honorable Merrick Garland<br>Attorney General<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |

| | | |
|---|---|---|
| IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jpmcb<br>MailCode LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lakeview Loan Servicing, LLC<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas TX 75261-9096 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mrc/united<br>8950 Cypress Waters<br>Coppell, TX 75019-4620 | Mrc/united Wholesale M<br>350 Highland<br>Houston, TX 77009-6623 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | (p)OPORTUN  INC<br>PO BOX 560880<br>THE COLONY TX 75056-0880 |
| Oportun Inc.<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-7999 | Quantum3 Group LLC as agent for<br>Populus Financial Group Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Security Credit Services<br>Attn: Bankruptcy<br>Po Box 1156<br>Oxford, MS 38655-1156 | (p)SOUTH BROWARD HOSPITAL DISTRICT<br>ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM<br>3111 STIRLING RD<br>C/O LEGAL DEPARTMENT<br>HOLLYWOOD FL 33312-6566 | Space Coast Credit Union<br>Attn: Bankruptcy<br>8045 N Wickham Road<br>Melbourne, FL 32940-7920 |
| Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965065<br>Orlando, FL 32896-5065 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 2000<br>Chester, PA 19016-2000 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 |
| US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | US Department of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Us Bk Cacs<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 |

| | | |
|---|---|---|
| Izzet Fuentes La Rosa<br>12025 NW 20th CT<br>Miami, FL 33167-2036 | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013-1853 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Yanexis Hernandez Skeete<br>12025 NW 20th CT<br>Miami, FL 33167-2036 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lakeview Loan Servicing, LLC<br>c/o MCCALLA RAYMER LEIBERT PIERCE, LLP<br>Bankruptcy Department<br>110 S.E. 6th Street, Suite 2400<br>Fort Lauderdale, FL 33301 | Department of the Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 | Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374 |
| Honorable Markenzy Lapointe<br>US Attorney for Southern District<br>99 NE 4 St<br>Miami, FL 33132 | Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Macy's/ DSNB<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| Oportun<br>Attn: Bankruptcy<br>2 Circle Star Way<br>San Carlos, CA 94070 | South Broward Hospital District<br>3111 Stirling Road<br>Fort Lauderdale, FL 33312 | U.S. Department of Housing and Urban Develop<br>77 Forsyth Street SW<br>Atlanta, GA 30303 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    63
Bypassed recipients     1
Total                  64